No. 10–132.  GLENN, PERSONAL REPRESENTATIVE OF THE ESTATE OF ZACHARY, ET AL. v. CITY OF COLUMBUS, GEORGIA, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 10–133.  SAMI CHEMICALS & EXTRACTS, LTD. v. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADEMARK OFFICE.  C. A. Fed. Cir.  Certiorari denied.

No. 10–134.  MORALES v. ODYSSEY HEALTHCARE, INC., ET AL. Sup. Ct. Tex.  Certiorari denied.

No. 10–138.  MADEJA v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 10–139.  CHRISTMAN v. UTICA NATIONAL INSURANCE GROUP, INC.  C. A. 2d Cir.  Certiorari denied.

No. 10–140.  CAREY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–142.  SINGLETON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–143.  SHEPARDSON, TRUSTEE FOR THE ESTATE OF SHEPARDSON v. MITCHELL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 10–144.  SCHNELLER v. ABLE HOME CARE, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 10–146.  YAO-WEN CHANG ET AL. v. BAXTER HEALTHCARE CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–147.  WAYLAND v. MCVAY, UNITED STATES TRUSTEE. C. A. 5th Cir.  Certiorari denied.

No. 10–153.  MOYER ET AL. v. OREGON.  Sup. Ct. Ore.  Certiorari denied.